Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Aimone Manufacturing Company, Appellant, v. Carl R. Schultz et al., as Trustees of Louise Schultz et al., Respondents.

*Landlord and tenant — specific performance — action to compel specific performance of alleged agreement to renew lease.*

*Aimone Mfg. Co.* v. *Schultz,* 210 App. Div. 41, affirmed.
(Argued May 11, 1925; decided June 2, 1925.)

Appeal from a judgment, entered July 12, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The action was to compel specific performance by the defendant trustees of an alleged oral agreement to renew a lease of certain property occupied by the plaintiff as a factory at Nos. 433–437 East Twenty-second street and Nos. 430–436 East Twenty-third street, in the city of New York, for a term of five years commencing May 1, 1921.

*Robert S. Johnstone* and *Ellery O. Anderson* for appellant.
*Henry T. Hall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Moses Beal, Respondent, v. Standard Oil Company of New York et al., Appellants.

*Negligence — proximate cause — injury from explosion of gasoline in well — liability of owner and installer of adjacent gasoline pump.*

*Beal* v. *Standard Oil Co. of N. Y.,* 212 App. Div. 822, affirmed.
(Argued May 11, 1925; decided June 2, 1925.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1925, unanimously

affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was injured by an explosion which occurred when he lowered a lighted lantern into a well, and sought to recover damages from defendants on the ground that the explosion was caused by gasoline which had percolated through the ground from a leaky gasoline pump owned by defendant Standard Oil Company of New York and installed by defendant Oram.

*John C. R. Taylor* for Standard Oil Company of New York, appellant.

*Percy V. D. Gott* for Charles R. Oram, appellant.

*Elbert N. Oakes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

ARTHUR L. WASHBURNE et al., Copartners under the Firm Name of WASHBURNE ENGINEERING COMPANY, Respondents, *v.* PROPERTY OWNERS CO-OPERATIVE ASSOCIATION OF MIDDLESEX COUNTY, INC., Appellant.

*Contract — action to recover for breach of contract for laying out and grading streets — defense of failure to do work according to terms of contract.*

*Washburne* v. *Property Owners' Co-op. Association, Inc.,* 209 App. Div. 365, affirmed.

(Argued May 11, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1924, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee. The action was to recover damages for alleged breach of a written contract under which plaintiffs agreed with defendant corporation to lay out and grade certain streets and parts of streets on a tract of land owned by defendant. The complaint